## Commonwealth ex rel. Choice, Appellant, v. Brierley.

Argued September 29, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John A. Miller*, with him *Buchanan, Ingersoll, Rodewald, Kyle and Buerger*, for appellant.

*Leonard Packel*, Deputy Attorney General, with him *Curtis M. Pontz*, Deputy Attorney General, and *J. Shane Creamer*, Attorney General, for appellees.

Opinion Per Curiam, March 20, 1973:

Decree reversed and case remanded to the Pennsylvania Board of Probation and Parole for a counselled hearing on the revocation of parole. See *Com. ex rel. Rambeau v. Board of Probation and Parole,* 4 Pa. Commonwealth Ct. 152 (1972).

Mr. Chief Justice Jones, Mr. Justice Eagen, Mr. Justice Pomeroy and Mr. Justice Manderino adhere to the views that they expressed in *Com. ex rel. Rambeau v. Board of Probation and Parole,* 455 Pa. 8, 314 A. 2d 842 (1973).